IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF SOUTH DAKOTA

**FILED**

FEB 2 2 1999


CLERK

| | |
|---|---|
| WILMA MILLER d/b/a DOUBLE DIAMOND CONSTRUCTION<br><br>Plaintiff,<br><br>v.<br><br>MILLS CONSTRUCTION, INC.<br>and VANTOL SURETY CO., INC.<br><br>Defendant. | **COMPLAINT** |

COMES NOW the Plaintiff and for her cause of action against the Defendant states and alleges as follows:

1. That the Plaintiff is a citizen of the state of Nebraska and operates a construction company under the business name of Double Diamond Construction. The Defendant Mills Constructions, Inc., is incorporated under the laws of South Dakota having its principal place of business in the state of South Dakota. The Defendant VanTol Surety Co., Inc. is a corporation incorporated under the laws of the state of South Dakota with its principal place of business being South Dakota. The matter in controversy exceeds exclusive of costs and interest a sum of $75,000.

2. That on the 18th of March, 1998, the Plaintiff and the Defendant Mills Construction, Inc. entered into a contract for the erection of the exhibition building for the Brookings AgriPlex Complex in Brookings, South Dakota. A copy of that Agreement is attached hereto marked as Exhibit 1 and made a part of it by reference.

3. The VanTol Surety Co., Inc. provided a performance and payment bond for Miller Construction, Inc. for that project. A copy of said bond is attached hereto marked Exhibit 2 and made part of this Petition by reference.

4.   That the Plaintiff commenced work on the project and had completed a substantial portion of the building when a windstorm struck May 15, 1998 damaging the structure that had previously been erected by the Plaintiff.

5.   The windstorm damage made it impossible for Plaintiff to complete the project by June 3, 1998 and negotiations were commenced for a new contract and completion date but were never finalized.

6.   The Plaintiff requested that she be paid for the work completed and charges incurred pursuant to the terms of the contract in the amount of $139,875.00 but the Defendants failed, neglected and refused to pay under the terms of the contract even though Plaintiff had completed all obligations under said contract.

7.   The contract provides for that any dispute arising from the contract shall be settled by arbitration under the rules of the American Arbitration Association.

8.   That Plaintiff is entitled to reasonable attorney's fees for brining this action.

WHEREFORE, Plaintiff prays for judgment against the Defendant in the amount of $139,875.00, interest, attorney's fees, costs and that the matter be submitted to arbitration.

>                                   WILMA MILLER d/b/a DOUBLE DIAMOND
>                                   CONSTRUCTION, Plaintiff,
>
>                                   By: _____
>                                   John F. Thomas
>                                   A. Stevenson Bogue (#145)
>                                   McGrath, North, Mullin & Kratz, P.C.
>                                   1400 One Central Park Plaza
>                                   222 South 15th Street
>                                   Omaha, NE 68102
>                                   (402) 341-3070