KES
**FILED**
JAN 29 2001

[Clerk signature] CLERK

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| WILMA MILLER d/b/a DOUBLE DIAMOND CONSTRUCTION ) ) ) Plaintiff, ) ) v. ) ) MILLS CONSTRUCTION, INC. and VANTOL SURETY CO., INC. ) ) ) ) Defendant. ) | **AMENDED COMPLAINT** |

COMES NOW the Plaintiff and for her cause of action against the Defendant states and alleges as follows:

1.  That the Plaintiff is a citizen of the state of Nebraska and operates a construction company under the business name of Double Diamond Construction. The Defendant Mills Constructions, Inc., is incorporated under the laws of South Dakota having its principal place of business in the state of South Dakota. The Defendant VanTol Surety Co., Inc. is a corporation incorporated under the laws of the state of South Dakota with its principal place of business being South Dakota. The matter in controversy exceeds exclusive of costs and interest a sum of $75,000.

### COUNT I

2.  That on the 18th of March, 1998, the Plaintiff and the Defendant Mills Construction, Inc. entered into a contract for the erection of the exhibition building for the Brookings AgriPlex Complex in Brookings, South Dakota. A copy of that Agreement is attached hereto marked as Exhibit 1 and made a part of it by reference.

3. The VanTol Surety Co., Inc. provided a performance and payment bond for Miller Construction, Inc. for that project. A copy of said bond is attached hereto marked Exhibit 2 and made part of this Petition by reference.

4. That the Plaintiff commenced work on the project and had completed a substantial portion of the building when a windstorm struck May 15, 1998 damaging the structure that had previously been erected by the Plaintiff.

5. The windstorm damage made it impossible for Plaintiff to complete the project by June 3, 1998 and negotiations were commenced for a new contract and completion date but were never finalized.

6. The Plaintiff requested that she be paid for the work completed and charges incurred pursuant to the terms of the contract in the amount of $139,875.00 but the Defendants failed, neglected and refused to pay under the terms of the contract even though Plaintiff had completed all obligations under said contract.

7. The contract provides for that any dispute arising from the contract shall be settled by arbitration under the rules of the American Arbitration Association.

8. That Plaintiff is entitled to reasonable attorney's fees for brining this action.

## COUNT II

COMES NOW the Plaintiff and for its alternative theory of recovery against the Defendant states and alleges as follows:

9. Incorporates paragraphs 1 through 5 of Count I as if fully set forth herein. Paragraph 2 states that the fair and reasonable value of the labor, material and use of equipment by Plaintiff for its work on the Brookings AgriPlex Complex in Brookings, South Dakota for Defendant is $139,875.00. The Plaintiff has demanded payment in that sum but the Defendant

has failed, neglected and refused to pay. Plaintiff is entitled to reasonable attorney's fees and interest for brining this action.

WHEREFORE, Plaintiff prays for judgment against the Defendant in the amount of $139,875.00, interest, attorney's fees, and costs herein expended.

                                    WILMA MILLER d/b/a DOUBLE DIAMOND
                                    CONSTRUCTION, Plaintiff,

By: _____
                                    A. Stevenson Bogue (#145)
                                    John F. Thomas
                                    McGrath, North, Mullin & Kratz, P.C.
                                    1400 One Central Park Plaza
                                    222 South 15th Street
                                    Omaha, NE 68102
                                    (402) 341-3070

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing Amended Complaint was served upon the attorneys for Defendants by depositing a copy of same in the United States mail, first-class, postage prepaid, this 26 day of January, 2001, addressed to:

Eric N. Rasmussen
Glover, Helsper and Rasmussen, P.C.
100 Twenty-Second Avenue
P.O. Box 198
Brookings, SD 57006-0198

Gary J. Pashby
Boyce, Murphy, McDowell & Greenfield, L.L.P.
P.O. Box 5015
Sioux Falls, SD 57117-5015

Douglas M. Deibert
Cadwell, Sanford, Deibert & Garry
P.O. Box 1157
Sioux Falls, SD 57101-1157

Thomas M. Frankman
Davenport, Evans, Hurwitz & Smith
P.O. Box 1030
Sioux Falls, SD 57101-1030

_____
A. Stevenson Bogue