**FILED**

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

DEC 27 2001



| | |
|---|---|
| WILMA MILLER, d/b/a<br>DOUBLE DIAMOND CONSTRUCTION,<br><br>    Plaintiff,<br><br>vs.<br><br>VAN TOL SURETY CO., INC.,<br><br>    Defendant,<br><br>and<br><br>MILLS CONSTRUCTION, INC.,<br><br>    Defendant and<br>    Third-Party Plaintiff,<br><br>vs.<br><br>AMERICAN BUILDINGS COMPANY,<br><br>    Third-Party Defendant. | Civ. 99-4040-KES<br><br><br><br><br><br>JUDGMENT |

Pursuant to the Order Granting Third-party Defendant's Motion for Summary Judgment, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment shall issue in favor of third-party defendant American Buildings Company (ABC) and against third-party plaintiff Mills Construction, Inc. (Mills).

IT IS FURTHER ORDERED that costs shall be taxed in favor of ABC and against Mills.

Dated December 27, 2001.

BY THE COURT:

*Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE