# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

**FILED**

JAN 1 2 2004

CLERK

No.   02-3793

Wilma Miller, doing business as
Double Diamond Construction,

     Appellee,

v.

Mills Construction, Inc.; Van Tol
Surety Company, Inc.,

     Appellants.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of South Dakota
\*
\*
\*
\*
\*

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

December 18, 2003

Order Entered in Accordance with Opinion:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: *Michael E. Gans*